IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0210

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.

EDWARD HAROLD HUGGLER,

     Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 1, 2021, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 3 2021